IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AUNTAVIOUS JASHON CURRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv784-MHT |
| | ) | (WO) |
| DANIEL ALBRIGHT, Officer, | ) | |
| and JERMAINE LOVE, | ) | |
| Officer, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that, due to the defendant correctional officers' failure to protect him from assault, he was stabbed eight times by a prisoner who was intoxicated and was not authorized to be in plaintiff's dorm.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of December, 2022.

 /s/ Myron H. Thompson 
UNITED STATES DISTRICT JUDGE